| | | | |
|---|---|---|---|
| Com. v. Puorro | 1657 WDA 2015<br>Affirmed | 08/22/2016 | CP–02–SA–0001328–<br>2015<br>(Allegheny) |
| Com. v. Sheppard | 1867 WDA 2015<br>Affirmed | 08/22/2016 | CP–02–CR–0004496–<br>1991<br>(Allegheny) |
| Com. v. Roskos | 318 WDA 2016<br>Affirmed | 08/22/2016 | CP–43–CR–0000338–<br>2015<br>(Mercer) |
| In the Interest of A.M.-F.; Appeal of S.F. | 340 WDA 2016<br>Affirmed | 08/22/2016 | 64 of 2015<br>(Erie) |
| Com. v. Coleman | 3057 EDA 2011<br>Affirmed | 08/23/2016 | CP–51–CR–0006209–<br>2010<br>(Philadelphia) |
| Com. v. Spearman [24] | 848 EDA 2015<br>Affirmed | 08/23/2016 | CP–51–CR–0005428–<br>2008<br>(Philadelphia) |
| Com. v. Jeffries | 1318 EDA 2015<br>Affirmed | 08/23/2016 | CP–51–CR–0003347–<br>2013<br>(Philadelphia) |
| Com. v. Rivera | 2497 EDA 2015<br>Affirmed | 08/23/2016 | CP–15–CR–0000031–<br>2015<br>(Chester) |
| M.P. v. C.J.P. | 40 EDA 2016<br>Affirmed | 08/23/2016 | 2006–FC–0697<br>(Lehigh) |
| Com. v. Abney | 80 EDA 2016<br>Affirmed | 08/23/2016 | CP–51–CR–0804281–<br>1995<br>(Philadelphia) |
| Com. v. Bryant | 141 EDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 08/23/2016 | CP–51–CR–0209461–<br>1998<br>CP–51–CR–0902151–<br>1997<br>CP–51–CR–0902181–<br>1997<br>CP–51–CR–0904981–<br>1997<br>(Philadelphia) |
| Com. v. Smile | 161 EDA 2016<br>Affirmed | 08/23/2016 | CP–23–CR–0004456–<br>2012<br>(Delaware) |
| H.S.G. v. M.A.H. | 518 EDA 2016<br>Remanded | 08/23/2016 | No. 2015–31197<br>(Montgomery) |
| Com. v. Tierno | 974 MDA 2015<br>Affirmed | 08/23/2016 | CP–54–CR–0000866–<br>2009<br>(Schuylkill) |
| Com. v. Patterson | 1307 MDA 2015<br>Affirmed | 08/23/2016 | CP–06–CR–0000903–<br>2014<br>(Berks) |
| In re Robertson; Appeal of Robertson | 1535 MDA 2015<br>Vacated and<br>Remanded | 08/23/2016 | CP–22–MD–0000771–<br>2015<br>(Dauphin) |

**24.** Petition for reargument denied October 28, 2016.